**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Terry Holcomb, Sr. v. Waller County, Texas

Appellate case number:   01-16-01005-CV

Trial court case number:  16-07-23803

Trial court:                    506th District Court of Waller County

        Terry Holcomb, Sr.'s motion for extension of time to file notice of appeal is GRANTED. *See Hone v. Hanafin*, 104 S.W.3d 884, 885–88 (Tex. 2003) (per curiam); *Doe v. Brazoria Cty. Child Protective Servs.*, 226 S.W.3d 563, 571 (Tex. App.—Houston [1st Dist.] 2007, no pet.).

        It is so ORDERED.

Justice's signature: /s/ Harvey Brown
                      Acting for the Court

Date:  November 21, 2017